**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROBERT E. WHITE,**

    **Plaintiff,**

vs.                                      **Case No: 8:05-CV-1444-T-30EAJ**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Before the court is plaintiff's **Motion for Leave to Proceed In Forma Pauperis** (Dkt. 2) **and his Affidavit of Indigency** (Dkt. 3), in which he seeks to proceed in forma pauperis.

Plaintiff has been unemployed since August 11, 1997. Plaintiff's wife is employed and makes approximately $16,800.00. Plaintiff states that they own their home, presently valued at approximately $40,000.00, and does not make a monthly mortgage payment. Additionally, plaintiff states that he owns a 2001 Isuzu Rodeo presently valued at $9,000.00, for which he does not owe any money. Plaintiff states that he has $900.00 in a bank account and received a $150,000. settlement from a personal injury suit. The only monthly obligations is $100.00 per month to Bank of America.

## CONCLUSION

Although plaintiff has not been employed for 8 years, he has unencumbered assets along with money in the bank which allows him to pay the fees and costs associated with his social security

claim.

Accordingly, having considered these factors, it is **RECOMMENDED** that:

1) plaintiff's request to proceed in forma pauperis be **DENIED;**

2) plaintiff pay the filing fee of $250.00.

**DONE AND ORDERED** at Tampa, Florida this 5th day of August, 2005.

*[signature]*
ELIZABETH A JENKINS
United States Magistrate Judge

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. See 28 U.S.C. § 636(b)(1).